UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TALENT TREE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:07-cv-03735 |
| DONNA MADLOCK, | § § § | |
| Defendant. | § § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment, Docket No. Docket No. 11 and Defendant's request for a continuance.

Defendant argues that Plaintiff's pending Motion for Summary Judgment is premature, given that no discovery has been conducted in this case. In its Order of April 8, 2008, the Court indicated that it was inclined to grant Defendant's request for a continuance, but also asked the parties to identify any issues that might be resolved on summary judgment without discovery.

Plaintiff contends that the question of whether any contract exists between the parties can be resolved on summary judgment without discovery. After considering the arguments made in briefing and at a June 2, 2008 hearing and the relevant law, the Court agrees with Plaintiff. Defendant shall have until June 24, 2008 to provide any supplemental response to Plaintiff's Motion for Summary Judgment. Plaintiff will have ten days after receiving Defendant's supplemental response to file a reply brief.

1

**IT IS SO ORDERED.**

**SIGNED** this 4 day of June, 2008.

      KEITH P. ELLISON
      UNITED STATES DISTRICT JUDGE